IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
APR 29 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | JUDGE BOYKO |
| ) | |
| v. ) | CASE NO. 1:21CR319 |
| ) | Title 21, United States Code, |
| ROMANDO GUY SMITH, SR., ) | Sections 841(a)(1), (b)(1)(C), |
| ) | and (b)(1)(E) |
| Defendant. ) | |

COUNT 1
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about November 18, 2020, in the Northern District of Ohio, Eastern Division, Defendant ROMANDO GUY SMITH, SR. did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(E))

The Grand Jury further charges:

2. On or about November 18, 2020, in the Northern District of Ohio, Eastern Division, Defendant ROMANDO GUY SMITH, SR. did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of

buprenorphine, a Schedule III controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E).

## COUNT 3
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about November 18, 2020, in the Northern District of Ohio, Eastern Division, Defendant ROMANDO GUY SMITH, SR. did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and phenyl fentanyl, a Schedule I controlled substance and fentanyl analogue, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ROMANDO GUY SMITH, SR., shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of such violations; and, any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations; including, but not limited to, the following: $1,510.00 in U.S. Currency.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.